IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kevin Runge, | ) | |
| | ) | |
| Plaintiff | ) | No. 1:20-cv-00216 (Erie) |
| | ) | |
| v. | ) | |
| | ) | |
| Scott Penfield, et al., | ) | Hon. Richard A. Lanzillo |
| | ) | United States Magistrate Judge |
| Defendants | ) | |
| | ) | ORDER |

An oral motion was jointly made at this morning's post-discovery status conference to extend the period of discovery in this matter by sixty (60) days. The motion is **GRANTED**. The discovery period in this matter will close on Monday, August 16, 2021. The Court is disinclined to extend the deadline for completion of discovery beyond that date, absent a showing of good cause. It is additionally **ORDERED** as follows:

1. The Parties are to file a written status report with the Court by Monday, July 19, 2021 detailing the progress they have made in completing discovery.

2. A status conference is hereby scheduled for Tuesday, August 31, 2021, beginning at 9:30 AM. Instructions for accessing the Court's teleconference system will be emailed to counsel separately.

Entered and Ordered this 17th day of June, 2021.

_____
RICHARD A. LANZILLO
United States Magistrate Judge